# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: APPOINTMENT TO THE | : No. 706 |
| | : |
| COMMITTEE ON RULES OF EVIDENCE | : SUPREME COURT RULES |
| | : |
| | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2016, John P. Gismondi, Esquire, Allegheny County, is hereby appointed as a member of the Committee on Rules of Evidence for a term of three years commencing October 1, 2016.